IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| NICOLE ASHLEY BARTON,<br><br>              Plaintiff,<br><br>v.<br><br>JEREMY WHITEHOUSE, an individual; et al.,<br><br>              Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Case No. 1:10-cv-102<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Brooke Wells |

Pursuant to Federal Rule 15(a)(2) Plaintiff Nicole Barton requests leave to file a second amended complaint.[1] Plaintiff's motion is timely under the stipulated amended scheduling order.[2] Additionally, as of the date of this decision no opposition to the motion has been filed and the time to do so under the Local Rules has passed.[3]

Accordingly, for good cause shown, Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

DATED this 24 April 2012.

_Brooke C. Wells_
Brooke C. Wells
United States Magistrate Judge

---

[1] Docket no. 55.

[2] Docket no. 54.

[3] DUCivR. 7-1.